IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Martinez, Olimpia | Case Number: 07 B 02613 |
| | Judge: Squires, John H |
| Printed: 1/29/08 | Filed: 2/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,284.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,613.50 |
| Trustee Fee: | | 92.10 |
| Other Funds: | | 578.40 |
| Totals: | 2,284.00 | 2,284.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 1,613.50 | 1,613.50 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 28,000.00 | 0.00 |
| 4. | Nicor Gas | Unsecured | 1,420.45 | 0.00 |
| 5. | United Collection Bureau Inc | Unsecured | 235.00 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 331.00 | 0.00 |
| 7. | AFNI | Unsecured | | No Claim Filed |
| 8. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 9. | Chase | Unsecured | | No Claim Filed |
| 10. | National City Mortgage Co | Unsecured | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | Fashion Bug | Unsecured | | No Claim Filed |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,599.95 | $ 1,613.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 92.10 |
| | _____ |
| | $ 92.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Martinez, Olimpia | Case Number: 07 B 02613 |
| | Judge: Squires, John H |
| Printed: 1/29/08 | Filed: 2/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _/s/ Mach_____